■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY WILLIAMS, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered November 22, 2005. The judgment convicted defendant, upon a jury verdict, of criminal possession of a weapon in the third degree and menacing in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Gorski, JJ.